# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BERNARD JEMISON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 4:09-cv-00796-RDP-HGD |
| **RICHARD ALLEN, et al.,** | ) |
| **Defendants.** | ) |

## O R D E R

The Magistrate Judge entered a Report and Recommendation on August 9, 2010 (Doc. #30), recommending Defendants' Motion for Summary Judgment (Doc. #25) be granted in part and denied in part.[1]  The parties were allowed fourteen (14) days in which to file objections to the Recommendations made by the Magistrate Judge.  Plaintiff filed objections to the Report and Recommendation on August 16, 2010.

Having carefully reviewed and considered *de novo* the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge.[2]  The court further **ACCEPTS** the Recommendations of the Magistrate Judge.  Therefore,

---

[1] The Magistrate Judge entered an Order on February 25, 2010 (Doc. #23), deeming Defendants' Special Report (Doc. #20) a Motion for Summary Judgment.

[2] In doing so, the court makes the following observations: Although Plaintiff argued in his objections that he put Deputy Warden Mary Carter on notice of concerns he had for his safety at the St. Clair Correctional Facility by virtue of his filings in another one of the twenty-eight (28) different cases Plaintiff has filed in this court since 1999, (*Jemison v. Carter*, 4:09-cv-91-RBP-HGD), that simply was not the case.  In that other case, Plaintiff complained of the threats and assault allegedly made by Correctional Officer Shirley Nunn.  Nunn is not a party here, and Plaintiff has made no allegations about her in this case.  Thus, even if Defendants Allen, Carter, and Wise were on notice of Plaintiff's concerns about Nunn prior to the alleged incidents in this case, that is of no help to Plaintiff here.

it is **ORDERED**, **ADJUDGED** and **DECREED** that Defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1)     Defendants' Motion for Summary Judgment is **DENIED** as to Defendants Robert Simmons, Gary Malone, Kenneth Heflin, Bryan Chapman, and Stanley Battles.

(2)     Defendants' Motion for Summary Judgment is **GRANTED** as to Defendants Richard Allen, David Wise, and Mary Carter.

The remaining defendants **SHALL** file an answer to the complaint **within twenty-one (21) days** of the entry date of this order.

This case is hereby **REFERRED** to the Magistrate Judge for handling of all discovery and pretrial matters. An order setting deadlines for discovery and the filing of pretrial narrative statements will be issued by the Magistrate Judge.

**DONE** and **ORDERED** this      19th      day of August, 2010.

                                                                                    _____
                                                                                    **R. DAVID PROCTOR**
                                                                                    UNITED STATES DISTRICT JUDGE